```
Priority  ____
Send      ____
Enter     ✓
Closed    ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____
```

FILED
CLERK U.S. DISTRICT COURT
NOV -9 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIER 59 STUDIOS L.P., a Delaware Limited Partnership; and FEDERICO PIGNATELLI, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>MILK STUDIOS, LLC, a Delaware Limited Liability Company; and MILK STUDIOS LOS ANGELES, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. CV 11-01532 SVW (AGRx)<br><br>[~~PROPOSED~~] JUDGMENT |

## JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of defendants Milk Studios LLC and Milk Studios Los Angeles LLC pursuant to the Minute Order entered on October 28, 2011 and that Defendants shall have their costs of suit.

IT IS SO ORDERED.

Dated: 11/9, 2011   By: _____
United States District Judge